IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL NO. 224. et. al., | ) ) | Case 3:15-CV-207 |
| Plaintiffs, | ) ) | Judge Thomas Rose |
| vs. | ) ) ) ) | ORDER GRANTING MOTION FOR DEFAULT JUDGMENT |
| GAINES MECHANICAL | ) ) | |
| Defendant. | ) | |

WHEREAS, Plaintiffs, Sheet Metal Workers Local No. 224, et. al. filed their Complaint on June 12, 2015;

WHEREAS, the Defendant failed to file a timely answer or otherwise plead;

WHEREAS, the Clerk of this Court issued an Entry of Default on July 15, 2015;

NOW THEREFORE, upon motion of the Plaintiffs and for good cause shown, a default judgment is hereby entered against the Defendant in accordance with the Motion for Default Judgment and exhibits thereto; and

**IT IS HEREBY ORDERED** that Defendant must immediately submit to Plaintiff all past due remittance reports for the months of December 2014 through April 2015.

Additionally, **IT IS HEREBY ORDERED** that if Defendant does not provide all past due remittance reports, then Defendant must submit to a payroll audit to determine the amounts owed for all months in which Defendant did not submit remittance reports.

**JUDGMENT IS ENTERED** on behalf of for the amount of unpaid contributions as determined by the remittance reports, plus an award of ongoing interest in the amount of twelve percent (12%) per annum until paid in full, liquidated damages in the amount of 10% of the unpaid contributions, and any other costs and fees as may be required by equity.

ENTERED:

By:

s/Thomas M. Rose
UNITED STATES DISTRICT JUDGE/MAGISTRATE JUDGE

Dated:
September 21, 2015

Prepared by the Attorney for Plaintiffs:

Stephen P. Nevius (0092598)
Ledbetter, Parisi, LLC
9240 Market Place Drive
Miamisburg, Ohio 45342
937.619.0900 (ph)
937.619.0999 (fx)